FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

4:53 pm, 3/19/25

Margaret Botkins
Clerk of Court

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

CHARLES ALFRED ARMAJO JR,

Plaintiff,

v.

STATE OF WYOMING, et al.,

Defendants.

Civil Case No. 24-CV-61-SWS

---

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS**

---

**THIS MATTER** comes before the Court on Plaintiff's *Motion for Extension of Time to Serve Summons Rule 4(m)* (the "*Motion*"). ECF Doc. 83. The Court has reviewed this matter and determines that good cause and compelling circumstances exist to **GRANT** the Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff, shall have up to and including **May 5, 2025,** in which to serve Defendant Connie Sprague with the Complaint and Summons in this case.

Dated: March 19, 2025

BY THE COURT:

Scott P. Klosterman

The Honorable Scott P. Klosterman
United States Magistrate Judge